Jules Francois Parisien, M.D., as Assignee of Darwin, Ihuoma G., Respondent,
against
Omni Indemnity Company, Appellant. 




Freiberg, Peck & Kang, LLP (Yilo J. Kang of counsel), for appellant.
The Rybak Firm, PLLC (Damin J. Toell and Karina Barska of counsel), for respondent.

Appeal from a judgment of the Civil Court of the City of New York, Kings County (Andrew Borrok, J.), entered January 2, 2018. The judgment, after a nonjury trial, awarded plaintiff the principal sum of $969.53.




ORDERED that the judgment is reversed, with $30 costs, and the matter is remitted to the Civil Court for the entry of a judgment in favor of defendant dismissing the complaint.
In this action by a provider to recover assigned first-party no-fault benefits, defendant appeals from a judgment which, after a nonjury trial, awarded plaintiff the principal sum of $969.53. 
For the reasons stated in Maria S. Masigla, P.T. v Omni Indem. Co. (64 Misc 3d 147[A], 2019 NY Slip Op 51362[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2019]), the judgment is reversed and the matter is remitted to the Civil Court for the entry of a judgment in favor of defendant dismissing the complaint.
PESCE, P.J., WESTON and ELLIOT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: October 11, 2019